IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02390-MSK-MEH

COLORADO DEPARTMENT OF REVENUE,

    Plaintiff,

v.

MEX MPP, INC., d/b/a THREE MARGARITAS,
CITY OF COLORADO SPRINGS, COLORADO,
U.S. BANK, and
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

    Defendants.

_____

**ORDER**
_____

    Before the Court is the motion of the United States of America to remand this case to the El Paso County District Court **(#5)**. Upon review of the motion, the papers filed in support thereof, and the rest of the record herein, the Court finds that the United States has disclaimed any interest in the interpleaded funds, and that the Court no longer has subject matter jurisdiction. Accordingly, the motion is hereby **GRANTED**, and it is hereby **ORDERED**, that this action be remanded to the El Paso County District Court for further proceedings; and it is further **ORDERED**, that the Clerk of Court shall send a copy of this order and a copy of the docket to the Clerk of El Paso County District Court, Colorado Springs, Colorado.

    DATED this 5th day of December, 2007.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge